# United States Court of Appeals
## For the First Circuit

No. 05-1606

PHARMACEUTICAL CARE MANAGEMENT ASSOCIATION,

Plaintiff, Appellant,

v.

G. STEVEN ROWE, in his official capacity as
ATTORNEY GENERAL OF THE STATE OF MAINE,

Defendant, Appellee.

ERRATA

The opinion of this Court, issued on November 8, 2005, should be amended as follows:

On page 41, line 7 of 1st paragraph, delete "state".